584

Claims granted. *Acting Solicitor General Townsend* for the United States. *Messrs. Jesse Andrews, Carl D. Matz,* and *William S. Bennet* for respondents in Nos. 245 and 246. *Mr. Ralph H. Case* for respondent in No. 247. Reported below: 86 Ct. Cls. 226, 188, 171.

No. 275. CURRIN ET AL. *v.* WALLACE, SECRETARY OF AGRICULTURE, ET AL. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Mr. J. W. H. Roberts* for petitioners. *Solicitor General Jackson* for respondents.

No. 294. TEXARKANA *v.* ARKANSAS LOUISIANA GAS Co. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Benjamin E. Carter* for petitioner. *Messrs. Henry C. Walker, Jr., William C. Fitzhugh,* and *William H. Arnold, Jr.* for respondent.

No. 312. TAYLOR ET AL. *v.* STANDARD GAS & ELECTRIC Co. ET AL. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Mr. Jason L. Honigman* for petitioners. *Messrs. Nathan A. Gibson* and *Wilbur J. Holleman* for respondent Standard Gas & Electric Co. *Messrs. Geo. S. Ramsey* and *Villard Martin* for respondent Greis, Trustee. *Messrs. William P. Sidley* and *James F. Oates, Jr.* for respondent Deep Rock Oil Corp.

No. 63. CONNECTICUT RAILWAY & LIGHTING Co. *v.* PALMER ET AL. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second